UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA PITZEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC ANIMAL HEALTH, INC. d/b/a SQUIRE LABORATORIES, INC. and NEOGEN CORPORATION,<br><br>Defendants. | Case No.: 25-cv-00196-AJB-DEB<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANT ATLANTIC ANIMAL HEALTH, INC. d/b/a SQUIRE LABORATORIES, INC.'S MOTION TO DISMISS AS MOOT; and**<br><br>**(2) DENYING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL AS MOOT**<br><br>**(Doc. Nos. 37, 45)** |

On August 28, 2025, Plaintiffs Joanna Pitzen, Joanne Mercer, Caroline Oddie, and Jenny Barrett ("Plaintiffs") filed a notice of voluntary dismissal dismissing Defendant Atlantic Animal Health, Inc. d/b/a Squire Laboratories, Inc. ("Squire") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) from this action with prejudice. (Doc. No. 56.) Accordingly, Squire is dismissed with prejudice, each party to bear its own costs and

attorneys' fees. (*See id.*)

In light of Plaintiff voluntarily dismissing Squire, Squire's pending Motion to Dismiss (Doc. No. 37) is **DENIED AS MOOT**. Because the underlying motion is denied as moot, Plaintiffs' Motion to Seal (Doc. No. 45) filed in connection with its response to Squire's Motion to Dismiss is also **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: September 15, 2025

Hon. Anthony J. Battaglia
United States District Judge